Morse Mehrban (Bar No. 169082)
Rummel Mor Bautista (Bar No. 133357)
Law Offices of Morse Mehrban, A.P.C.
12100 Wilshire Boulevard, Eighth Floor
Los Angeles, CA  90025
Telephone: 310-571-0104
Facsimile: 206-202-3834
Email: Morse@Mehrban.com

Attorney for Plaintiff,
Rosa Hernandez

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROSA HERNANDEZ, | Case No. CV11 0437 VBF (MAN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| SC ENTERPRISES SMBP LLC AND DOES 1-20, | |
| Defendants. | |

# ORDER OF DISMISSAL

The Court having received the Stipulation for Dismissal of Plaintiff, Rosa Hernandez and Defendant, SC Enterprises SMBP LLC,

**IT IS ORDERED** that this action be and hereby is dismissed, in its entirety, with prejudice.

Dated this ____4th____ of March, 2011.

_/s/ Valerie Baker Fairbank_
The Honorable Valerie Baker Fairbank
United States District Court Judge